AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Brian D. | U.S. Bankruptcy Court, W.D. WA at Tacoma | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynch, Brian D.** | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 4/4-6/19 | Portland, OR | Northwest Bankruptcy Institute educational program (teaching) | Travel |
| 2. | National Assn of Consumer Bankruptcy Attorneys | 5/15-18/19 | Cleveland, OH | Educational Conference (teaching) | Hotel, meals and travel |
| 3. | National Conference of Bankruptcy Judges | 10/29-11/2/19 | Washington, DC | Judges' Association (educational and meetings) | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Caliber Home Loans | Mortgage on rental property in Seattle, WA | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. I Shares Msci Emerging Markets (EEM) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 2. Schwab Diversified Emerging Markets (SCHE) | A | Dividend | J | T | | | | | |
| 3. I Shares Msci EAFE (EFA) | A | Dividend | K | T | | | | | |
| 4. Schwab International Equity (SCHF) | A | Dividend | | | Sold | 11/13/19 | J | A | |
| 5. I Shares Barclays Agg Bond (AGG) | A | Dividend | | | Sold | 09/20/19 | K | B | |
| 6. Schwab US Aggregate Bond (SCHZ) | A | Dividend | K | T | | | | | |
| 7. SPDR S&P 500 (SPY) | A | Dividend | | | Sold | 09/20/19 | L | E | |
| 8. PowerShares QQQ (QQQ) | A | Dividend | L | T | | | | | |
| 9. Schwab US Large Growth (SCHG) | A | Dividend | J | T | | | | | |
| 10. Schwab US Dividend Equity (SCHD) | B | Dividend | L | T | | | | | |
| 11. Schwab US Mid Blend (SCHM) | A | Dividend | J | T | | | | | |
| 12. I Shares S&P MId 400 Value Index (IJJ) | A | Dividend | K | T | | | | | |
| 13. I Shares S&P US Preferred Stock Index (PFF) | B | Dividend | K | T | | | | | |
| 14. Schwab US REIT (SCHH) | A | Dividend | K | T | | | | | |
| 15. Vanguard REIT Index (VNQ) | A | Dividend | | | Sold | 09/20/19 | K | E | |
| 16. I Shares S&P Small 600 Index (IJR) | A | Dividend | J | T | Sold (part) | 09/20/19 | L | E | |
| 17. Schwab US Small Blend (SCHA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynch, Brian D.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. I Shares S&P Small 600 Value Index (IJS) | A | Dividend | K | T | | | | | |
| 19. American Funds American Balanced Fund (AMBFX) | A | Dividend | L | T | | | | | |
| 20. American Funds Capital Income Builder Fund (CAIFX) | A | Dividend | J | T | | | | | |
| 21. American Funds EuroPacific Share Class A (AEPGX) | A | Dividend | J | T | | | | | |
| 22. American Funds EuroPacific Share Class F1 (AEPFX) | A | Dividend | J | T | | | | | |
| 23. Vanguard S&P 500 Index (VFIAX) | B | Dividend | M | T | | | | | |
| 24. Schwab S&P 500 Index (SWPPX) | A | Dividend | K | T | | | | | |
| 25. American Funds AMCAP (AMCPX) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 26. American Funds Growth Fund of America (GFFFX) | A | Dividend | J | T | | | | | |
| 27. Loomis Sayles Growth Fund (LGRRX) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 28. American Funds Washington Mutual Investors (WSHFX) | A | Dividend | | | Sold | 11/13/19 | J | A | |
| 29. Hartford Dividend Growth (IHGIX) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 30. MFS Value A (MEIAX) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 31. JHancock3 Disciplined Value (JVMAX) | | None | | | Sold | 09/20/19 | J | A | |
| 32. Baird Mid Cap Investors (BMDSX) | | None | | | Sold | 09/20/19 | J | A | |
| 33. Russell Global Real Estate (RRESX) | A | Dividend | | | Sold | 09/20/19 | J | A | |
| 34. Lord Abbett Short Duration Income (LALFX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynch, Brian D.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | AAM HIMCO Short Duration (ASDIX) | D | Dividend | M | T | | | | | |
| 36. | Advisors Disciplined Trust UIT #1005 (0771G358) | A | Dividend | | | Sold | 09/10/19 | J | A | |
| 37. | Schwab Govt Money Market (SWVXX) | A | Dividend | L | T | | | | | |
| 38. | Schwab Cash Deposit | A | Dividend | L | T | | | | | |
| 39. | Rental Home in Seattle, WA (2/25/19 $604,000) | E | Rent | O | R | Buy | 02/25/19 | O | | Estate of Ann Lynch |
| 40. | Wells Fargo | A | Interest | M | T | | | | | |
| 41. | Chase | A | Interest | K | T | | | | | |
| 42. | Washington Federal | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lynch, Brian D.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On May 9, 2020 a number of mutual funds were changed from one share class to another within the same mutual fund. This change was done to reflect a lower Operarting Expense Ratio and there was no change in managment of the respective fund or the underlying portfolio. The effected funds are as follows,

American Balanced, BLAFX to AMBFX
American Funds AMCAP, AMCPX to AMCFX
Capital Income Builder, CIBFX TO CAIFX
EuroPacific Fund, AEPGX to AEPFX
EuroPacific Fund, AEGFX to AEPFX
Growth Fund of America, AGTHX to GFFFX
Washington Mutual Investors, WSHFX to WMFFX
Hartford Dividend Growth, IHGIX to HDGYX
Hancock Disciplined Value, JVMAX to JVMIX
Loomis Sayles Growth, LGRRX to LSGRX
MFS Value, MEIAX to MEIIX
Vanguard Index 500, VFINX to VFIAX

In addtion the Schwab Money Market fund SWGXX was moved to Schwab Money Market fund SWVXX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Brian D. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544